# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 24-cr-403** |
| | : | |
| v. | : | |
| | : | |
| **ANASTASIA SIMES,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

## GOVERNMENT'S NOTICE TO UNSEAL INDICTMENT AND ARREST WARRANT

The United States of America, by its attorney, the United States Attorney for the District of Columbia, respectfully files this Notice to unseal the above-captioned matter.

On September 4, 2024, Court ordered that the Indictment "shall be automatically unsealed upon the Government's written notification to the Court." The Government hereby represents that the operational security concerns underlying the Government's motion to seal this matter have been mitigated, and therefore files this Notice to unseal the case. The Government respectfully requests that the Clerk of Court to unseal this action forthwith.

       Respectfully submitted,

       MATTHEW M. GRAVES
       UNITED STATES ATTORNEY
       D.C. Bar Number 481052


By  /s/ Alexandra Hughes
    Alexandra Hughes
    Assistant United States Attorney
    National Security Section
    DC Bar No. 1531596
    601 D. Street, N.W.
    Washington, D.C. 20004
    (202) 252-7793
    Alexandra.Hughes@usdoj.gov